**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIBEL CASTRO<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-1; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: EDCV08-01705 SGL (RZx)<br>Hon. Stephen G. Larson<br>Courtroom 1 – Riverside<br>Complaint filed: October 23, 2008<br><br>**JUDGMENT** |

　　The motion of Defendant HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-1 to dismiss Plaintiff Maribel Castro's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was set to be heard on January 26, 2009.  The Court found the matter suitable for ruling without oral argument.

1  After considering all of the papers submitted by the parties, the arguments
2  therein and good cause appearing:
3  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
4  motion to dismiss is granted without prejudice.  Plaintiff's complaint is dismissed
5  as to HSBC Bank USA, National Association, as Trustee for the Holders of
6  Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 without
7  prejudice.  Plaintiff is to recover nothing from the HSBC Bank USA, National
8  Association, as Trustee for the Holders of Nomura Home Equity Loan, Inc., Home
9  Equity Loan Trust, Series 2007-1.

DATED:   March 16, 2009

HONORABLE STEPHEN G. LARSON